265 F.2d 932
 Jonas Elbert HARRELL, Appellant,
v.
Dr. R. O. SETTLE, Warden, United States Medical Center,
Springfield, Missouri.
 No. 16221.
 United States Court of Appeals Eighth Circuit.
 April 30, 1959.
 
 PER CURIAM.
 
 
 1
 Appeal from District Court docketed and dismissed, on motion of appellee, for want of prosecution.
 
 
 2
 Jonas Elbert Harrell, pro se.
 
 
 3
 Edward L. Scheufler, U.S. Atty., and John S. Boyer, Jr., Asst. U.S. Atty., Kansas City, Mo., for appellee.